FILED
IN CLERK'S OFFICE
DISTRICT COURT E D N Y

★    MAY 02 2012    ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------
EASTON LLC, doing business in New York as
SHILLELAGH HOLDINGS LLC,

               Plaintiff,

    -against-

INC. VILLAGE OF MUTTONTOWN,

               Defendant.
-------------------------------------------------------- X

**JUDGMENT**
11-CV-4791 (ETB)

    A Memorandum Opinion and Order of Honorable E. Thomas Boyle, United States

Magistrate Judge, having been filed on April 27, 2012, granting defendant's motion to dismiss

the Amended Complaint, dismissing this action in its entirety, denying plaintiff's cross-motion

for a preliminary injunction as moot, and directing the Clerk of Court to enter judgment

accordingly and to close this case, it is

    **ORDERED AND ADJUDGED** that plaintiff take nothing of defendant; that defendant's

motion to dismiss the Amended Complaint is granted; that this action is dismissed in its entirety;

that plaintiff's cross-motion for a preliminary injunction is denied as moot; and that this case is

hereby closed .

Dated: Central Islip, New York
      May 2, 2012

                        DOUGLAS C. PALMER
                        Clerk of the Court

            By:    /s/ Catherine Vukovich
                    Deputy Clerk

34